1  JONATHAN D. BLUM, ESQ.
   Nevada Bar No. 09515
2  **WILEY PETERSEN**
   1050 Indigo Dr., Suite 200B
3  Las Vegas, Nevada  89145
   Telephone No.  (702) 910-3329
4  Facsimile: (702) 553-3467
   jblum@wileypetersenlaw.com
5
   *Attorney for Defendant/Cross-Defendant,*
6  *Lisa Brochu*

7
   FELICIA GALATI, ESQ.
8  Nevada Bar No. 7341
   **OLSON CANNON GORMLEY &**
9  **STOBERSKI**
   9950 West Cheyenne Avenue
10 Las Vegas, Nevada 89129
   fgalati@ocgas.com
11 Telephone: 702-384-4012
   Facsimile: 702-383-0701
12
   *Attorneys for Defendants,*
13 *County of Clark, Kim Kallas,*
   *Lisa Ruiz-Lee and Paula Hammack*
14
                **UNITED STATES DISTRICT COURT**
15
                       **DISTRICT OF NEVADA**
16

| | |
|---|---|
| 17 SUSAN HOY, as Guardian Ad Litem for J.M. and I.M., minors, | CASE NO.:  2:20-cv-00103-GMN-VCF |
| 18                    Plaintiffs, | |
| 19        vs, | **ORDER GRANTING DEFENDANTS'** |
| 20 ANDREA HERNANDEZ; WALDO HERNANDEZ; LISA BROCHU; KIM | **MOTION TO COMPEL PLAINTIFF'S FRCP 35 EXAMINATION IN HENDERSON, NEVADA** |
| 21 KALLAS; LISA RUIZ-LEE; PAULA HAMMACK; DOE Individuals I-X; ROE | |
| 22 CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XX, | |
| 23 individually and in their official capacities; COUNTY OF CLARK, a political subdivision of | |
| 24 the State of Nevada; and ZOE CORPORATIONS XXI-XXX, | |
| 25                    Defendants, | |
| 26 | |
| LISA BROCHU, an individual, | |
| 27                    Cross-Claimant, | |
| 28 | |

DMWEST #40117706 v3

vs,

ANDREA HERNANDEZ, an individual;
WALDO HERNANDEZ, an individual; MOES
1-10, inclusive; and MOE CORPORATIONS 1-
10, inclusive,

           Cross-Defendants,

ANDREA HERNANDEZ, an individual;
WALDO HERNANDEZ, an individual,

           Cross-Claimants,

vs,

LISA BROCHU, an individual,

           Cross-Defendant,

Defendant LISA BROCHU ("Brochu"), along with COUNTY OF CLARK, KIM KALLAS, LISA RUIZ-LEE AND PAULA HAMMACK (collectively, "Defendants") filed their Motion to Compel Plaintiff J.M.'s Physical Examination pursuant to FRCP 35 to be conducted in Henderson, Nevada on January 19, 2021 [ECF No. 47] ("Motion to Compel").   Plaintiffs filed their response to the Motion to Compel on February 2, 2021 [ECF No. 47], and Defendants filed their reply in support on February 9, 2021 [ECF No. 49].

A hearing was held before this Court regarding the Motion to Compel on March 12, 2021 by video conference, with counsel for all parties attending.  The Court hereby orders as follows:

IT IS HEREBY ORDERED that the Motion to Compel is hereby GRANTED.

The Court finds that an FRCP 35 examination of JM by a medical doctor specializing in plastic surgery is appropriate given JM's damage claims and the expert report disclosed by Plaintiff's expert Lloyd Krieger, MD.

With regard to the location of the FRCP 35 examination, the Court finds that, while Plaintiffs currently reside in California, the general rule in the District of Nevada is, "that plaintiffs should submit to the examination in the forum in which they chose to bring suit." *Mansel v. Celebrity Coaches of Am., Inc.*, No. 2:13-cv-01497-JAD-NJK, 2013 U.S. Dist. LEXIS 178805, at *3-9 (D. Nev. Dec. 20, 2013).  While this rule can be overcome, the burden is on the plaintiff to show that

2

he cannot do so.  *Id.*   "A Plaintiff must 'show that traveling to the examination poses undue burden or hardship.'"  *Cameron v. Gutierrez*, No. 19-841 GJF/KK, 2020 U.S. Dist. LEXIS 162868, at *7-8 (D.N.M. Sep. 4, 2020) (emphasis added).   Plaintiff raised issues regarding conflicts with the minor plaintiffs' parents work, as well as concerns regarding COVID-19. However, "That burden is not met through general assertions of an inability to travel, but rather requires specific evidence demonstrating an inability to travel." *Mansel* at 3-9.

Plaintiff has not met his burden regarding demonstrating undue burden or hardship, and therefore the general rule shall be enforced.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

3

1    IT IS FURTHER ORDERED that Plaintiff JM shall present for a FRCP 35 examination with

2  Nittin Engineer, MD at his office in Henderson, Nevada on April 23, 2020 at 3:00 PM.

3

4                                                    IT IS SO ORDERED:

5

6                                                    UNITED STATES MAGISTRATE JUDGE

7                                                    3-24-2021

8                                       DATED: _____

9

10                                               Respectfully submitted by:

11

12    DATED this 23 day of March, 2021.

13

14                                            WILEY PETERSEN

15

16                                            JONATHAN D. BLUM, ESQ.
                                              Nevada Bar No. 09515
                                              1050 Indigo Dr., Suite 200B
17                                            Las Vegas, Nevada  89145
                                              Telephone No.  (702) 910-3329
18                                            Facsimile: (702) 553-3467
                                              jblum@wileypetersenlaw.com
19
                                              *Attorney for Defendant/Cross-Defendant,*
20                                            *Lisa Brochu*

21                                            FELICIA GALATI, ESQ.
                                              Nevada Bar No. 7341
22                                            **OLSON CANNON GORMLEY &**
                                              **STOBERSKI**
23                                            9950 West Cheyenne Avenue
                                              Las Vegas, Nevada 89129
24                                            fgalati@ocgas.com
                                              Telephone: 702-384-4012
25                                            Facsimile: 702-383-0701

26                                            *Attorneys for Defendants,*
                                              *County of Clark, Kim Kallas,*
27                                            *Lisa Ruiz-Lee and Paula Hammack*

28

                                                    4

Approved as to Form and Content:

DATED this __23__ day of March, 2021.


___/s/ Cara Xidis_____
Cara Xidis, Esq.
Nevada Bar No. 11743
H&P Law
8950 W. Tropicana Ave, Ste 1
Las Vegas, NV 89147
Attorneys for the Plaintiffs