FELICIA GALATI, ESQ.
Nevada Bar No. 7341
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
fgalati@ocgas.com
Telephone: 702/384-4012
Facsimile:  702/383-0701
Attorneys for Defendants
COUNTY OF CLARK, KIM KALLAS,
LISA RUIZ-LEE AND PAULA HAMMACK

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| SUSAN HOY, as Guardian Ad Litem for J.M. and I.M., minors,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREA HERNANDEZ; WALDO HERNANDEZ; LISA BROCHU; KIM KALLAS; LISA RUIZ-LEE; PAULA HAMMACK; DOE Individuals I-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XX, individually and in their official capacities; COUNTY OF CLARK, a political subdivision of the State of Nevada; and ZOE CORPORATIONS XXI-XXX,<br><br>Defendants. | CASE NO. 2:20-CV-00103-GMN-VCF<br><br><br><br><br><br><br><br><br><br><br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (EIGHTH REQUEST)** |
| CLARK COUNTY,<br><br>Cross-Claimant<br><br>v.<br><br>ANDREA HERNANDEZ; WALDO HERNANDEZ; MOES 1-10; and MOE CORPORATIONS 11-20,<br><br>Cross-Defendants | |

1

|   |   |
|---|---|
| ANDREA HERNANDEZ, WALDO HERNANDEZ, | |
| Cross-Claimants, | |
| v. | |
| CLARK COUNTY, | |
| Cross-Defendant. | |

This Stipulation is being submitted because the parties inadvertently forgot to include the close of discovery deadline in their Stipulation filed on 1/11/2022. (ECF NO. 83). Pursuant to Fed R. Civ. P. 6, Fed. R. Civ. P. 26, LR IA 6-1, LR IA 6-2, LR 7-1, and LR 26-4, the parties, by and through their respective counsel of record, stipulate and agree that there is good cause to extend the close of discovery deadline for the reasons stated in the prior Stipulation (ECF No. 83) and consistent with this the Court's Order (ECF No. 84) filed on 1/12/2022 establishing the new discovery deadlines except for the close of discovery, which the parties inadvertently did not include.

I. **Pursuant to LR 26-4(d), the parties stipulate to the following proposed schedule for completing all remaining discovery:**

The parties agree to extend all the relevant discovery deadlines by four weeks, as set forth below:

1. Extend the Close of Discovery date from **3/10/2022 to 4/7/2022**;

/ / /

/ / /

/ / /

/ / /

2

2. All the other case deadlines established by this Court's Order (ECF No. 84) remain the same.

DATED this 12th day of January, 2022.

/s/Marjorie Hauf, Esq.
Marjorie Hauf, Esq.
Nevada Bar No. 8111
Cara Xidis, Esq.
Nevada Bar No. 11743
H&P Law
8950 W. Tropicana Ave, Ste. 1
Las Vegas, NV 89147
*Attorneys for the Plaintiffs*

DATED this 12th day of January, 2022.

/s/Jonathan Blum, Esq
Jonathan Blum, Esq.
Nevada Bar No. 9515
Wiley Peterson Law Offices
1050 Indigo Dr. Suite 200B
Las Vegas, NV 89145
*Attorney for Defendant, Lisa Brochu*

DATED this 12th day of January, 2022.

/s/Felicia Galati, Esq.
Felicia Galati, Esq.
Nevada Bar No. 7341
Olson Cannon Gormley & Stoberski
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
*Attorney for Defendants, Lisa Ruiz-Lee, Paula Hammack, Kim Kallas and County of Clark*

DATED this 14th day of January, 2022.

/s/Julie Funai, Esq.
Julie Funai, Esq.
Nevada Bar No. 8725
Keating Law Group
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
*Attorneys for Defendants,
Andrea Hernandez and Waldo Hernandez*

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1-18-2022

3

## Karla Livingston

| | |
|---|---|
| **From:** | jblum@wileypetersenlaw.com |
| **Sent:** | Wednesday, January 12, 2022 3:26 PM |
| **To:** | Felicia Galati; 'Marjorie Hauf'; 'Cara Xidis'; 'Julie Funai' |
| **Cc:** | Karla Livingston; cpascal@wileypetersenlaw.com |
| **Subject:** | RE: Activity in Case 2:20-cv-00103-GMN-VCF Hoy v. Hernandez et al Order on Stipulation |

You may sign for me.


Jonathan D. Blum, Esq.



1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Office 702.910.3329 | Mobile 702.443.0677
jblum@wileypetersenlaw.com
www.wileypetersenlaw.com



CONFIDENTIALITY NOTICE: This email transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply email, and then dispose of all copies of the transmission

**From:** Felicia Galati <fgalati@ocgas.com>
**Sent:** Wednesday, January 12, 2022 2:39 PM
**To:** Marjorie Hauf <Mhauf@CourtRoomProven.com>; Cara Xidis <Cxidis@CourtRoomProven.com>; jblum@wileypetersenlaw.com; Julie Funai <jfunai@keatinglg.com>
**Cc:** Karla Livingston <klivingston@ocgas.com>
**Subject:** FW: Activity in Case 2:20-cv-00103-GMN-VCF Hoy v. Hernandez et al Order on Stipulation


Sorry, all, but we forgot to include the close of discovery deadline in the Stipulation (ECF No. 83). Attached is a stipulation to address that date alone. Please advise if we have your authority to e-sign the attached. Thank you.

Felicia Galati, Esq., Shareholder
Olson Cannon Gormley & Stoberski
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
PH: 702-384-4012
FX: 702-383-0701

1

## Karla Livingston

| | |
|---|---|
| **From:** | Marjorie Hauf <Mhauf@CourtRoomProven.com> |
| **Sent:** | Wednesday, January 12, 2022 7:34 PM |
| **To:** | jblum@wileypetersenlaw.com; Felicia Galati; Cara Xidis; 'Julie Funai' |
| **Cc:** | Karla Livingston; cpascal@wileypetersenlaw.com |
| **Subject:** | RE: Activity in Case 2:20-cv-00103-GMN-VCF Hoy v. Hernandez et al Order on Stipulation |

Me as well

**From:** jblum@wileypetersenlaw.com <jblum@wileypetersenlaw.com>
**Sent:** Wednesday, January 12, 2022 3:26 PM
**To:** 'Felicia Galati' <fgalati@ocgas.com>; Marjorie Hauf <Mhauf@CourtRoomProven.com>; Cara Xidis <Cxidis@CourtRoomProven.com>; 'Julie Funai' <jfunai@keatinglg.com>
**Cc:** 'Karla Livingston' <klivingston@ocgas.com>; cpascal@wileypetersenlaw.com
**Subject:** RE: Activity in Case 2:20-cv-00103-GMN-VCF Hoy v. Hernandez et al Order on Stipulation

You may sign for me.


**Jonathan D. Blum, Esq.**



1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Office 702.910.3329 | Mobile 702.443.0677
jblum@wileypetersenlaw.com
www.wileypetersenlaw.com



CONFIDENTIALITY NOTICE: This email transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply email, and then dispose of all copies of the transmission

**From:** Felicia Galati <fgalati@ocgas.com>
**Sent:** Wednesday, January 12, 2022 2:39 PM
**To:** Marjorie Hauf <Mhauf@CourtRoomProven.com>; Cara Xidis <Cxidis@CourtRoomProven.com>; jblum@wileypetersenlaw.com; Julie Funai <jfunai@keatinglg.com>
**Cc:** Karla Livingston <klivingston@ocgas.com>
**Subject:** FW: Activity in Case 2:20-cv-00103-GMN-VCF Hoy v. Hernandez et al Order on Stipulation

# Karla Livingston

| | |
|---|---|
| **From:** | Julie Funai <jfunai@keatinglg.com> |
| **Sent:** | Friday, January 14, 2022 11:58 AM |
| **To:** | Felicia Galati; Marjorie Hauf |
| **Cc:** | jblum@wileypetersenlaw.com; Cara Xidis; Karla Livingston; cpascal@wileypetersenlaw.com; Anna Agustin |
| **Subject:** | RE: Activity in Case 2:20-cv-00103-GMN-VCF Hoy v. Hernandez et al Order on Stipulation |

Permission to esign.

**From:** Felicia Galati <fgalati@ocgas.com>
**Sent:** Thursday, January 13, 2022 1:26 PM
**To:** Marjorie Hauf <Mhauf@courtroomproven.com>
**Cc:** jblum@wileypetersenlaw.com; Cara Xidis <Cxidis@courtroomproven.com>; Julie Funai <jfunai@keatinglg.com>; Karla Livingston <klivingston@ocgas.com>; cpascal@wileypetersenlaw.com
**Subject:** Re: Activity in Case 2:20-cv-00103-GMN-VCF Hoy v. Hernandez et al Order on Stipulation

Julie,

Please advise. Thank you.

Sent from my iPhone

> On Jan 12, 2022, at 7:34 PM, Marjorie Hauf <Mhauf@courtroomproven.com> wrote:
>
> Me as well
>
> **From:** jblum@wileypetersenlaw.com <jblum@wileypetersenlaw.com>
> **Sent:** Wednesday, January 12, 2022 3:26 PM
> **To:** 'Felicia Galati' <fgalati@ocgas.com>; Marjorie Hauf <Mhauf@CourtRoomProven.com>; Cara Xidis <Cxidis@CourtRoomProven.com>; 'Julie Funai' <jfunai@keatinglg.com>
> **Cc:** 'Karla Livingston' <klivingston@ocgas.com>; cpascal@wileypetersenlaw.com
> **Subject:** RE: Activity in Case 2:20-cv-00103-GMN-VCF Hoy v. Hernandez et al Order on Stipulation
>
> You may sign for me.
>
>
> **Jonathan D. Blum, Esq.**
>
> 
>
> 1050 Indigo Drive, Suite 200B
> Las Vegas, Nevada 89145
> Office 702.910.3329 | Mobile 702.443.0677

1