Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Cara Xidis, Esq.
Nevada Bar No.: 11743
H&P LAW
8950 W Tropicana Ave., #1
Las Vegas, NV 89147
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Susan Hoy**, as Guardian Ad Litem for **J.M.** and **I.M.**, minors,<br><br>Plaintiffs,<br><br>vs.<br><br>**Andrea Hernandez; Waldo Hernandez; Lisa Brochu; Kim Kallas; Lisa Ruiz-Lee; Paula Hammack**; DOE Individuals I-X; ROE Clark County Department of Family Services Employees XI-XX, individually and in their official capacities; **County of Clark**, a political subdivision of the State of Nevada; and ZOE Corporations XXI-XXX,<br><br>Defendants. | Case No.: 2:20-cv-00103-CDS-VCF<br><br>**Stipulation and Order** |

**Clark County**,

    Cross-Claimant,

vs.

**Andrea Hernandez; Waldo Hernandez**; MOES 1-10; and MOE Corporations 11-20,

    Cross-Defendants.

WHEREAS Plaintiff's counsel needs additional time to properly review and respond to the Defendants' respective Motions for Summary Judgment due to preexisting scheduling conflicts;

IT IS HEREBY STIPULATED, by and between the parties hereto, by and through their respective counsel of record, that the deadline for Plaintiff to file her Response to Defendants' respective Motions for Summary Judgment (ECF Docs. 90 and 91) and Joinders thereto (ECF Docs 96-98) be extended to June 16, 2022.

This is Plaintiff's first request for an extension and this stipulation is submitted in good faith and without the purpose of undue delay.

Dated this 2nd day of June, 2022.

| H&P LAW | OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI |
|---|---|
| /s/ Marjorie Hauf | /s/ Felicia Galati |
| MARJORIE HAUF ESQ.<br>Nevada Bar No. 8111<br>*Attorney for Plaintiff* | FELICIA GALATI, ESQ.<br>Nevada Bar No. 7341<br>*Attorney for Defendants, Lisa Ruiz-Lee, Paula Hammack, Kim Kallas and County of Clark* |

WILEY PETERSON LAW OFFICES

/s/ Jonathan Blum

Jonathan Blum, Esq.
Nevada Bar No. 9515
*Attorney for Defendant, Lisa Brochu*

IT IS SO ORDERED.

Dated this 3rd day of ___June___, 2022.

_____
UNITED STATES DISTRICT JUDGE