Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Cara Xidis, Esq.
Nevada Bar No.: 11743
H&P LAW
8950 W Tropicana Ave., #1
Las Vegas, NV 89147
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Susan Hoy**, as Guardian Ad Litem for **J.M.** and **I.M.**, minors,<br><br>    Plaintiffs,<br>  vs.<br><br>**Andrea Hernandez; Waldo Hernandez; Lisa Brochu; Kim Kallas; Lisa Ruiz-Lee; Paula Hammack;** DOE Individuals I-X; ROE Clark County Department of Family Services Employees XI-XX, individually and in their official capacities; **County of Clark**, a political subdivision of the State of Nevada; and ZOE Corporations XXI-XXX<br><br>    Defendant. | Case No.: 2:20-cv-00103-CDS-VCF<br><br>**Stipulation and Order**<br>(3rd Request) |

   WHEREAS Plaintiff's counsel's office moved on Friday, June 17, 2022, during which time their servers containing the client files and documents crashed;

   WHEREAS Plaintiff's counsel is in the process of recovering the files from the cloud server, but that will not be completed until at least June 27, 2022; and

   WHEREAS Plaintiff's counsel needs access to Plaintiff's file in documents in order to complete and finalize the responses to Defendants' respective motions for summary judgment and joinders thereto;

IT IS HEREBY STIPULATED, by and between the parties hereto, by and through their respective counsel of record, that the deadline for Plaintiff to file her Response to Defendants' respective Motions for Summary Judgment (ECF Docs. 90 and 91) and Joinders thereto (ECF Docs 96-98) be extended from June 23, 2022, to July 1, 2022.

This is Plaintiff's third request for an extension and this stipulation is submitted in good faith and without the purpose of undue delay.

Dated this 21st day of June, 2022.

| H&P LAW | OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI |
|---|---|
| /s/ Marjorie Hauf | /s/ Felicia Galati |
| MARJORIE HAUF ESQ.<br>Nevada Bar No. 8111<br>*Attorney for Plaintiff* | FELICIA GALATI, ESQ.<br>Nevada Bar No. 7341<br>*Attorney for Defendants, Lisa Ruiz-Lee, Paula Hammack, Kim Kallas and County of Clark* |
| WILEY PETERSON LAW OFFICES | KEATING LAW GROUP |
| /s/ Jonathan Blum | /s/ Julie Funai |
| Jonathan Blum, Esq.<br>Nevada Bar No. 9515<br>*Attorney for Defendant, Lisa Brochu* | Julie Funai, Esq.<br>Nevada Bar No. 8725<br>*Attorneys for Defendants, Andrea Hernandez and Waldo Hernandez* |

IT IS SO ORDERED.

Dated this 23rd day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE