Jonathan D. Blum, Esq.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
Telephone No. (702) 910-3329
Facsimile: (702) 553-3467
jblum@wileypetersenlaw.com

*Attorney for Defendant,*
*Lisa Brochu*

Felicia Galati, Esq.
Nevada Bar No. 7341
**OLSON CANNON GORMLEY & STOBERSKI**
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
fgalati@ocgas.com
Telephone: 702-384-4012
Facsimile: 702-383-0701

*Attorneys for Defendants,*
*County of Clark, Kim Kallas,*
*Lisa Ruiz-Lee and Paula Hammack*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN HOY, as Guardian Ad Litem for J.M. and I.M., minors,<br><br>Plaintiffs,<br>vs,<br><br>ANDREA HERNANDEZ; WALDO HERNANDEZ; LISA BROCHU; KIM KALLAS; LISA RUIZ-LEE; PAULA HAMMACK; DOE Individuals I-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XX, individually and in their official capacities; COUNTY OF CLARK, a political subdivision of the State of Nevada; and ZOE CORPORATIONS XXI-XXX,<br><br>Defendants. | Case No.: 2:20-cv-00103-CDS-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS LISA BROCHU, LISA RUIZ-LEE, PAULA HAMMACK, KIM KALLAS, AND COUNTY OF CLARK TO REPLY TO PLAINTIFFS' OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT**<br>**[ECF NO. 109 & 110]**<br><br>**[FIRST REQUEST]** |

|   |
|---|
| LISA BROCHU, an individual,<br><br>    Cross-Claimant,<br>vs,<br><br>ANDREA HERNANDEZ, an individual; WALDO HERNANDEZ, an individual; MOES 1-10, inclusive; and MOE CORPORATIONS 1-10, inclusive,<br>    Cross-Defendants. |
| ANDREA HERNANDEZ, an individual; WALDO HERNANDEZ, an individual,<br><br>    Cross-Claimants,<br>vs,<br><br>LISA BROCHU, an individual,<br><br>    Cross-Defendant. |

  Defendant, LISA BROCHU, by and through her counsel of record, Jonathan D. Blum, Esq. of the law firm WILEY PETERSEN, Defendants, COUNTY OF CLARK, KIM KALLAS, LISA RUIZ-LEE, and PAULA HAMMACK, by and through their counsel of record, Felicia Galati, Esq. of the law firm OLSON CANNON GORMLEY & STOBERSKI, (collectively, the "Defendants"), and Plaintiff, SUSAN HOY, by and through her counsel of record, Marjorie Hauf, Esq. and Cara Xidis, Esq. of the law firm H&P LAW ("Plaintiff") (collectively, the "Parties") hereby stipulate to extend the deadlines for the Defendants' replies to [ECF No. 109] *Plaintiff's Opposition to Defendants Clark County, Kim Kallas, Lisa Ruiz-Lee and Paula Hammack's Motion for Summary Judgment and all Joinders Thereto* and [ECF No. 110] *Plaintiff's Opposition to Defendant Lisa Brochu's Motion for Summary Judgment and all Joinders Thereto* by two weeks from Friday, July 15, 2022 to Friday, July 29, 2022.

///
///
///
///
///

Counsel for Defendant Brochu will be travelling the week of July 15, 2022, and Counsel for County Defendants will be traveling between about July 22 and 26, 2022. In addition, Defendants' Counsel have other case deadlines during the month of July 2022. This stipulated extension is for good cause, and not for improper delay.

| DATED this 7th day of July, 2022. | DATED this 7th day of July, 2022 |
|---|---|
| **H&P LAW** | **WILEY PETERSEN** |
| /s/ Cara Xidis<br>By:_____<br>MARJORIE HAUF, ESQ.<br>Nevada Bar No. 8111<br>CARA XIDIS, ESQ.<br>Nevada Bar No. 11743<br>8950 W. Tropicana Avenue, #1<br>Las Vegas, Nevada 89147 | /s/ Jonathan D. Blum<br>By:_____<br>JONATHAN D. BLUM, ESQ.<br>Nevada Bar No. 9515<br>1050 Indigo Drive, Suite 200B<br>Las Vegas, Nevada 89145<br>Ph: 702.910.3329<br>jblum@wileyepetersenlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant, Lisa Brochu* |

DATED this 7th day of July, 2022

**OLSON CANNON GORMLEY & STOBERSKI**

/s/ Felicia Galati
By:_____
FELICIA GALATI, ESQ.
Nevada Bar No. 7341
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Ph: 702.384.4012

*Attorneys for Defendants, County of Clark, Kim Kallas, Lisa Ruiz-Lee, and Paula Hammack*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:   July 11, 2022

3