Jonathan D. Blum, Esq.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
Telephone No.  (702) 910-3329
Facsimile: (702) 553-3467
jblum@wileypetersenlaw.com

*Attorney for Defendant,*
*Lisa Brochu*

Felicia Galati, Esq.
Nevada Bar No. 7341
**OLSON CANNON GORMLEY & STOBERSKI**
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
fgalati@ocgas.com
Telephone: 702-384-4012
Facsimile: 702-383-0701

*Attorneys for Defendants,*
*County of Clark, Kim Kallas,*
*Lisa Ruiz-Lee and Paula Hammack*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN HOY, as Guardian Ad Litem for J.M. and I.M., minors,<br><br>        Plaintiffs,<br>vs,<br><br>ANDREA HERNANDEZ; WALDO HERNANDEZ; LISA BROCHU; KIM KALLAS; LISA RUIZ-LEE; PAULA HAMMACK; DOE Individuals I-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XX, individually and in their official capacities; COUNTY OF CLARK, a political subdivision of the State of Nevada; and ZOE CORPORATIONS XXI-XXX,<br><br>        Defendants. | Case No.:  2:20-cv-00103-CDS-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS LISA BROCHU, LISA RUIZ-LEE, PAULA HAMMACK, KIM KALLAS, AND COUNTY OF CLARK TO REPLY TO PLAINITFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br>**[ECF NO. 109 & 110]**<br><br>**[SECOND REQUEST]** |

1

| | |
|---|---|
| LISA BROCHU, an individual, | |
| Cross-Claimant, | |
| vs, | |
| ANDREA HERNANDEZ, an individual; WALDO HERNANDEZ, an individual; MOES 1-10, inclusive; and MOE CORPORATIONS 1-10, inclusive, | |
| Cross-Defendants. | |
| ANDREA HERNANDEZ, an individual; WALDO HERNANDEZ, an individual, | |
| Cross-Claimants, | |
| vs, | |
| LISA BROCHU, an individual, | |
| Cross-Defendant. | |

Defendant, LISA BROCHU, by and through her counsel of record, Jonathan D. Blum, Esq. of the law firm WILEY PETERSEN, Defendants, COUNTY OF CLARK, KIM KALLAS, LISA RUIZ-LEE, and PAULA HAMMACK, by and through their counsel of record, Felicia Galati, Esq. of the law firm OLSON CANNON GORMLEY & STOBERSKI, (collectively, the "Defendants"), and Plaintiff, SUSAN HOY, by and through her counsel of record, Marjorie Hauf, Esq. and Cara Xidis, Esq. of the law firm H&P LAW ("Plaintiff") (collectively, the "Parties") hereby stipulate to extend the deadlines for the Defendants' replies to [ECF No. 109] Plaintiff's Opposition to Defendants Clark County, Kim Kallas, Lisa Ruiz-Lee and Paula Hammack's Motion for Summary Judgment and all Joinders Thereto and [ECF No. 110] Plaintiff's Opposition to Defendant Lisa Brochu's Motion for Summary Judgment and all Joinders Thereto by two weeks from Friday, July 29, 2022 to Friday, August 12, 2022.

///

///

///

///

///

Counsel for Defendant Brochu will be out of state until August 3, 2022 and has been inundated with time sensitive motion practice over the past weeks. Counsel for County Defendants are traveling for out of state medical appointments has also been dealing with a large volume of litigation deadlines.

This stipulated extension is for good cause, and not for improper delay.

DATED this 25th day of July, 2022.

**H&P LAW**

By: /s/ Cara Xidis
MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
CARA XIDIS, ESQ.
Nevada Bar No. 11743
8950 W. Tropicana Avenue, #1
Las Vegas, Nevada 89147

*Attorneys for Plaintiff*

DATED this 25th day of July, 2022

**WILEY PETERSEN**

By: /s/ Jonathan D. Blum
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Ph: 702.910.3329
jblum@wileyepetersenlaw.com

*Attorneys for Defendant, Lisa Brochu*

DATED this 25th day of July, 2022

**OLSON CANNON GORMLEY & STOBERSKI**

By: /s/ Felicia Galati
FELICIA GALATI, ESQ.
Nevada Bar No. 7341
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Ph: 702.384.4012

*Attorneys for Defendants, County of Clark, Kim Kallas, Lisa Ruiz-Lee, and Paula Hammack*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:   July 29, 2022