**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| SUSAN HOY, as Guardian Ad Litem for J.M. and I.M., minors,<br><br>              Plaintiff(s),<br><br>v.<br><br>ANDREA HERNANDEZ; WALDO HERNANDEZ; LISA BROCHU; KIM KALLAS; LISA RUIZ-LEE; PAULA HAMMACK; DOE Individuals I-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XX, individually and in their official capacities; COUNTY OF CLARK, a political subdivision of the State of Nevada; and ZOE CORPORATIONS XXI-XXX,<br><br>              Defendant(s). | 2:20-cv-00103-CDS-VCF<br><br>**<u>ORDER</u>** |

Before the court is defendant Lisa Brochu's notice of request regarding settlement conference attendance. (ECF No. 153).

Accordingly,

IT IS HEREBY ORDERED that any opposition to defendant Lisa Brochu's notice of request regarding settlement conference attendance. (ECF No. 153) must be filed on or before noon, September 18, 2023.  No reply necessarily.

DATED this 11th day of September 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE