JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
Telephone No. (702) 910-3329
Facsimile: (702) 553-3467
jblum@wileypetersenlaw.com

*Attorney for Defendant,*
*Lisa Brochu*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN HOY, as Guardian Ad Litem for J.M. and I.M., minors,<br><br>Plaintiffs,<br>vs,<br><br>ANDREA HERNANDEZ; WALDO HERNANDEZ; LISA BROCHU; KIM KALLAS; LISA RUIZ-LEE; PAULA HAMMACK; DOE Individuals I-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XX, individually and in their official capacities; COUNTY OF CLARK, a political subdivision of the State of Nevada; and ZOE CORPORATIONS XXI-XXX,<br><br>Defendants. | CASE NO.: 2:20-cv-00103-CDS-VCF<br><br>**DEFENDANT LISA BROCHU'S NOTICE OF REQUEST REGARDING SETTLEMENT CONFERENCE ATTENDANCE** |
| LISA BROCHU, an individual,<br><br>Cross-Claimant,<br>vs,<br><br>ANDREA HERNANDEZ, an individual; WALDO HERNANDEZ, an individual; MOES 1-10, INCLUSIVE; AND MOE CORPORATIONS 1-10, INCLUSIVE,<br><br>Cross-Defendants. | |

1

|   |   |
|---|---|
| 1 | ANDREA HERNANDEZ, an individual; WALDO HERNANDEZ, an individual, |
| 2 | |
| 3 | Cross-Claimants, vs, |
| 4 | LISA BROCHU, an individual, |
| 5 | Cross-Defendant. |
| 6 | |

Defendant, LISA BROCHU, by and through her counsel of record, Jonathan D. Blum, Esq. of the law firm WILEY PETERSEN, hereby requests that Lisa Brochu be excused from attending the settlement conference set for October 4, 2023, based on the following circumstances.

On July 28, 2023 this Court entered an Order Scheduling a Settlement Conference for October 4, 2023 by video conference. (ECF No. 146). Counsel for Brochu, along with a representative of Clark County with full settlement authority, will be in attendance. It is respectfully requested that Brochu be excused from attendance of the Settlement Conference based on the following.

### Declaration of Lisa Brochu

**LISA BROCHU** states as follows:

1. I submit this declaration in support of my request to be excused from the October 4, 2023 Settlement Conference in this matter. The statements made below are based on my personal knowledge unless otherwise indicated.
2. I am over the age of 18 and competent to testify as follows.
3. I currently reside in a travel trailer in New Hampshire.
4. I do not have reliable internet access.
5. I recently had a heart attack and am suffering from other health ailments including anemia and a recent fall.
6. I work part time as a cashier.
7. I do not have reliable transportation as the sole family vehicle was recently in an accident.
8. It would be difficult for me to find a place where I could reliably have internet access throughout the settlement conference.

//

9. If needed, I can be reached by telephone during the settlement conference.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09 / 11 / 2023

*Lisa Brochu*
Lisa Brochu

It is respectfully stated that Ms. Brochu's absence should not affect the chances of resolution at the settlement conference. This request is provided for good cause, and not for any improper purpose.

DATED this 11 day of September, 2023.

WILEY PETERSEN

JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
Telephone No. (702) 910-3329
Facsimile: (702) 553-3467
jblum@wileypetersenlaw.com

*Attorney for Defendant,
Lisa Brochu*

**ORDER**

IT IS SO ORDERED.

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

DATED: 9-29-2023

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Wiley Petersen, and that on the 11th day of September, 2023, I caused to be served a true and correct copy of the foregoing **DEFENDANT LISA BROCHU'S NOTICE OF REQUEST REGARDING SETTLEMENT CONFERENCE ATTENDANCE** in the following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

_____
An Employee of WILEY PETERSEN