JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
Telephone No. (702) 910-3329
Facsimile: (702) 553-3467
jblum@wileypetersenlaw.com

*Attorney for Defendant,*
*Lisa Brochu*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUSAN HOY, as Guardian Ad Litem for J.M. and I.M., minors, | CASE NO.: 2:20-cv-00103-CDS-VCF |
| Plaintiffs | |
| vs. | **STIPULATION AND ORDER TO EXTEND THE JOINT PRETRIAL ORDER DEADLINE** |
| ANDREA HERNANDEZ; WALDO HERNANDEZ; LISA BROCHU; KIM KALLAS; LISA RUIZ-LEE; PAULA HAMMACK; DOE Individuals I-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XX, individually and in their official capacities; COUNTY OF CLARK, a political subdivision of the State of Nevada; and ZOE CORPORATIONS XXI-XXX, | **[FIRST REQUEST]** |
| Defendants | |
| LISA BROCHU, an individual, | |
| Cross-Claimant | |
| vs. | |
| ANDREA HERNANDEZ, an individual; WALDO HERNANDEZ, an individual; MOES 1-10, inclusive; and MOE CORPORATIONS 1-10, inclusive, | |
| Cross-Defendants | |

1

| | |
|---|---|
| ANDREA HERNANDEZ, an individual; WALDO HERNANDEZ, an individual, | |
| Cross-Claimants | |
| vs. | |
| LISA BROCHU, an individual, Cross-Defendant | |

Defendant, LISA BROCHU, by and through her counsel of record, Jonathan D. Blum, Esq. of the law firm WILEY PETERSEN, Defendants, ANDREA HERNANDEZ and WALDO HERNANDEZ, by and through their counsel of record, Bryce Buckwalter, Esq. of the law firm KEATING LAW GROUP (collectively, the "Defendants"), and Plaintiff, SUSAN HOY, by and through her counsel of record, Marjorie Hauf, Esq. and Cara Xidis, Esq. of the law firm H&P LAW ("Plaintiff") (collectively, the "Parties") hereby stipulate to extend the Joint Pretrial Order deadline by thirty-one (31) days from Friday, November 3, 2023 to Monday, December 4, 2023.

The Parties participated in a Settlement Conference with Magistrate Judge Ferenbach on October 4, 2023.  The Settlement Conference was partially successful, in that some of the parties reached a settlement, with only the following Defendants remaining:  Lisa Brochu, Andrea Hernandez and Waldo Hernandez.  Since then, the remaining parties have engaged in additional settlement discussions and are cautiously optimistic that a global settlement can be reached.  As such, they would like to avoid the time, cost and expense of preparing the Joint Pretrial Order while settlement negotiations are ongoing.  As such, they seek a one-month extension on this deadline.

This stipulated extension is for good cause, and not for improper delay.

DATED this 31st day of October, 2023.                    DATED this 31st day of October, 2023.

**H&P LAW**                                              **WILEY PETERSEN**

  /s/ Cara Xidis                                           /s/ Jonathan Blum
By: _____                             By: _____
MARJORIE HAUF, ESQ.                                      JONATHAN D. BLUM, ESQ.
Nevada Bar No. 8111                                      Nevada Bar No. 9515
CARA XIDIS, ESQ.                                         1050 Indigo Drive, Suite 200B
Nevada Bar No. 11743                                     Las Vegas, Nevada 89145
8950 W. Tropicana Avenue, #1                             Ph: 702.910.3329
Las Vegas, Nevada 89147                                  jblum@wileyepetersenlaw.com

*Attorneys for Plaintiff*                                *Attorneys for Defendant, Lisa Brochu*

**KEATING LAW GROUP**

/s/ Bryce Buckwalter
_____
BRYCE B. BUCKWALTER, ESQ.
Nevada Bar No. 7626
9130 W. Russell Road, Suite 200
Las Vegas, NV 89148
bbuckwalter@keatinglg.com

*Attorneys for Defendants, Andrea Hernandez and Waldo Hernandez*

## ORDER

Based on the parties' stipulation to extend the joint pretrial order deadline by 31 days (from November 3, 2023 to December 4, 2023), IT IS HEREBY ORDERED that the deadline for filing the joint pretrial order is extended to December 4, 2023.

_____
UNITED STATES DISTRICT JUDGE

DATED: November 1, 2023