Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Cara Xidis, Esq.
Nevada Bar No.: 11743
H&P LAW
710 S. 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| **Susan Hoy**, as Guardian Ad Litem for **J.M.** and **I.M.**, minors,<br><br>Plaintiffs,<br><br>vs.<br><br>**Andrea Hernandez; Waldo Hernandez; Lisa Brochu;** Kim Kallas; Lisa Ruiz-Lee; Paula Hammack; DOE Individuals I-X; ROE Clark County Department of Family Services Employees XI-XX, individually and in their official capacities; County of Clark, a political subdivision of the State of Nevada; and ZOE Corporations XXI-XXX,<br><br>Defendants.<br><br>**Clark County**,<br><br>Cross-Claimant,<br><br>vs.<br><br>**Andrea Hernandez; Waldo Hernandez**; MOES 1-10; and MOE Corporations 11-20,<br><br>Cross-Defendants. | Case No.: 2:20-cv-00103-CDS-VCF<br><br>**Stipulation and [Proposed] Order to Extend Deadline for the Parties to Submit the Joint Pretrial Order**<br><br>**(2nd Request)** |

1  WHEREAS Plaintiff has reached settlements with Defendants Lisa Brochu and Clark County; and

2  WHEREAS the parties require additional time to finalize said settlements, including the petitions to approve the compromise of the minors' claims;

3  IT IS HEREBY STIPULATED by the parties hereto, by and through their counsel of record, that the time to file their Joint Pretrial Order, be extended thirty (30) days.

4  This is the parties' second request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

Dated this 4th day of December, 2023.  
H&P LAW

/s/ Marjorie Hauf
_____
Marjorie Hauf, Esq.
Nevada Bar No. 8111
Cara Xidis, Esq.
Nevada Bar No. 11743
*Attorneys for Plaintiffs*

Dated this 4th day of December, 2023.  
WILEY PETERSEN

/s/ Jonathan Blum
_____
Jonathan D. Blum, Esq.
Nevada Bar No.: 9515
*Attorney for Defendant,*
*Lisa Brochu*

Dated this 4th day of December, 2023.  
KEATING LAW GROUP

/s/ Bryce Buckwalter
_____
Bryce B. Buckwalter, Esq.
Nevada Bar No.: 7626
*Attorney for Defendants,*
*Andrea and Waldo Hernandez*

Dated this 4th day of December, 2023.  
OLSON CANNON GORMLEY & STOBERSKI

/s/ Felicia Galati
_____
Felicia Galati, Esq.
Nevada Bar No.: 7341
*Attorney for Defendant,*
*County of Clark*

**ORDER**

It is so ordered.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  12-5-2023

– 2 –

STIPULATION AND ORDER