Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Cara Xidis, Esq.
Nevada Bar No.: 11743
H&P LAW
710 S. 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Susan Hoy**, as Guardian Ad Litem for **J.M.** and **I.M.**, minors,<br><br>Plaintiffs,<br><br>vs.<br><br>**Andrea Hernandez; Waldo Hernandez; Lisa Brochu;** Kim Kallas; Lisa Ruiz-Lee; Paula Hammack; DOE Individuals I-X; ROE Clark County Department of Family Services Employees XI-XX, individually and in their official capacities; County of Clark, a political subdivision of the State of Nevada; and ZOE Corporations XXI-XXX,<br><br>Defendants.<br><br>**Clark County**,<br><br>Cross-Claimant,<br><br>vs.<br><br>**Andrea Hernandez; Waldo Hernandez**; MOES 1-10; and MOE Corporations 11-20,<br><br>Cross-Defendants. | Case No.: 2:20-cv-00103-CDS-VCF<br><br>**Stipulation and [Proposed] Order to Extend Deadline for the Parties to Submit the Joint Pretrial Order**<br><br>**(3rd Request)** |

1   WHEREAS Plaintiff has reached settlements with Defendants Lisa Brochu and Clark County; and

WHEREAS the parties continue to require additional time to finalize said settlements, including the petitions to approve the compromise of the minors' claims;

IT IS HEREBY STIPULATED by the parties hereto, by and through their counsel of record, that the time to file their Joint Pretrial Order, be extended thirty (30) days.

This is the parties' third request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

| | |
|---|---|
| Dated this 3rd day of January, 2024.<br>H&P LAW<br><br>/s/ Marjorie Hauf<br>Marjorie Hauf, Esq.<br>Nevada Bar No. 8111<br>Cara Xidis, Esq.<br>Nevada Bar No. 11743<br>*Attorneys for Plaintiffs* | Dated this 3rd day of January, 2024.<br>WILEY PETERSEN<br><br>/s/ Jonathan Blum<br>Jonathan D. Blum, Esq.<br>Nevada Bar No.: 9515<br>*Attorney for Defendant,*<br>*Lisa Brochu* |
| Dated this 3rd day of January, 2024.<br>KEATING LAW GROUP<br><br>/s/ Bryce Buckwalter<br>Bryce B. Buckwalter, Esq.<br>Nevada Bar No.: 7626<br>*Attorney for Defendants,*<br>*Andrea and Waldo Hernandez* | Dated this 3rd day of January, 2024.<br>OLSON CANNON GORMLEY & STOBERSKI<br><br>/s/ Felicia Galati<br>Felicia Galati, Esq.<br>Nevada Bar No.: 7341<br>*Attorney for Defendant,*<br>*County of Clark* |

IT IS HEREBY ORDERED that the joint pretrial order is due February 2, 2024.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED ___1-4-2024_____