```
FELICIA GALATI, ESQ.
Nevada Bar No. 007341
OLSON CANNON GORMLEY
9950 West Cheyenne Avenue
Las Vegas, NV 89129
702-384-4012
702-383-0701 fax
fgalati@ocgas.com
Attorneys for Defendants,
COUNTY OF CLARK, KIM KALLAS,
LISA RUIZ-LEE AND PAULA HAMMACK

JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
```
**WILEY PETERSEN**
```
10000 W. Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Telephone No.: (702) 910-3329
Facsimile No.: (702) 553-3467
jblum@wileypetersenlaw.com

Attorney for Defendant,
LISA BROCHU
```

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| SUSAN HOY, as Guardian Ad Litem for J.M. and I.M., minors,<br><br>Plaintiff,<br>v.<br><br>ANDREA HERNANDEZ; WALDO HERNANDEZ; LISA BROCHU; KIM KALLAS; LISA RUIZ-LEE; PAULA HAMMACK; DOE Individuals I-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XX, individually and in their official capacities; COUNTY OF CLARK, a political subdivision of the State of Nevada; and ZOE CORPORATIONS XXI-XXX,<br><br>Defendants | CASE NO. 2:20-CV-00103-CDS-MDC<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE AS TO DEFENDANTS COUNTY OF CLARK, KIM KALLAS, LISA RUIZ-LEE, PAULA HAMMACK AND LISA BROCHU ONLY** |

CASE NO. 2:20-CV-00103-CDS-MDC
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

|   |
|---|
| CLARK COUNTY,<br>                Cross-Claimant,<br>v.<br>ANDREA HERNANDEZ; WALDO HERNANDEZ; MOES 1-10; and MOE CORPORATIONS 11-20,<br>                Cross-Defendants, |
| ANDREA HERNANDEZ, WALDO HERNANDEZ,<br>                Cross-Claimants,<br>v.<br>CLARK COUNTY,<br>                Cross-Defendant. |

Defendants COUNTY OF CLARK, KIM KALLAS, LISA RUIZ-LEE and PAULA HAMMACK and Defendant LISA BROCHU received summary judgment and/or separately resolved any remaining claim(s). See ECF No. 145, 156 and 157. Plaintiff SUSAN HOY, as Guardian Ad Litem for J.M. and I.M., minors and Defendants COUNTY OF CLARK, KIM KALLAS, LISA RUIZ-LEE, PAULA HAMMACK and LISA BROCHU, through their respective counsel of record, hereby stipulate, that the above-captioned action, and any and all claims asserted by Plaintiff against said Defendants only in this Action, are hereby DISMISSED WITH PREJUDICE against said Defendants only.

//
//
//
//
//
//
//
//

CASE NO. 2:20-CV-00103-CDS-MDC
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

1  All parties are to bear their own attorneys' fees, costs and expenses related hereto.

2  **IT IS SO STIPULATED.**

4  DATED this 9th day of April, 2024.                    DATED this 9th day of April, 2024.

5  /s/ Cara Xidis                                        /s/ Felicia Galati

6  Marjorie Hauf, Esq.                                   Felicia Galati, Esq.
   Nevada Bar No. 8111                                   Nevada Bar No. 7341
7  Cara Xidis, Esq.                                      OLSON CANNON GORMLEY
   Nevada Bar No. 11743                                  9950 West Cheyenne Avenue
8  H&P Law                                               Las Vegas, Nevada 89129
   710 S. 9th Street                                     *Attorney for Defendants, Lisa Ruiz-Lee,*
9  Las Vegas, Nevada 89101                               *Paula Hammack, Kim Kallas and County*
   *Attorneys for Plaintiff*                             *of Clark*

10

11  DATED this 9 day of April, 2024.

13  Jonathan Blum, Esq.
    Nevada Bar No. 9515
14  WILEY PETERSEN LAW OFFICES
    10000 West Charleston, Suite 230
15  Las Vegas, NV 89135
    *Attorney for Defendant, Lisa Brochu*

18                                          **ORDER**

20                                  IT IS SO ORDERED.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

                                    Dated: April 11, 2024

CASE NO. 2:20-CV-00103-CDS-MDC
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE